# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF KENTUCKY
# LONDON DIVISION

IN RE:  Derek McCarty                                    Case Number:    22-60859

## INITIAL LETTER TO DEBTOR

### NOTICE OF FILING

Notice is hereby given that the Trustee has mailed the attached Initial Letter to the Debtor on the date indicated below.

### CERTIFICATE OF SERVICE

I hereby certify that this Notice of Filing was served upon the Debtor by mail to the addresses indicated below, and to counsel for the Debtor via ECF, on 1/3/2023.

/s/ Beverly M. Burden
Beverly M. Burden, Chapter 13 Trustee
Ky Bar ID: 09330

P O Box 2204
Lexington, KY  40588-2204

Derek McCarty
3332 State HWY 522
Putney, KY  40865

HANSEN, JOHN
Served Electronically Via ECF

Chapter 13 Trustee
P O Box 2204
Lexington, KY  40588-2204

---

Phone:  (859) 233-1527                                                                                      E-mail:  questions@ch13edky.com

**IMPORTANT!  READ AND KEEP THIS PAPER!**

IN RE:  Derek McCarty                                              Case Number:   22-60859

**\*\*PAYMENTS\*\***

Although you are making your chapter 13 plan payments through payroll deduction, it is still up to you to make sure all payments are made to the Trustee as required by your chapter 13 plan.

Your <u>first</u> full monthly payment is due on or before January 29, 2023.  Until your chapter 13 payments are taken out of your paycheck, make payments directly to the Trustee each and every time you are paid.  Make your payments as follows depending on how often you are paid:

> Your monthly payments to the Trustee <u>currently</u> are: $575.00.
> If you are paid weekly:  send  $132.69 weekly.
> If you are paid bi-weekly:  send $265.38 every 2 weeks.
> If you are paid semi-monthly:  send $287.50 twice a month.

Your payment amount might change while you are in chapter 13.  Ask your attorney.  The Trustee will notify your employer when your payment amount changes.

It is your responsibility to make sure your employer is withholding the correct amount from your pay each pay period and is sending the money to the Trustee at least once per month.

If you experience a temporary loss of work due to a layoff, plant shutdown, medical leave of absence, or other reason and your employer is not paying you during that time, you are responsible for making your plan payments directly.  If you cannot afford your payments during that time, contact your attorney.

If you change jobs, quit, or otherwise no longer work for the employer who had been sending the payments, you are responsible for making your plan payments directly.  If you start a new job, contact the Trustee's office with the payroll address for your new employer.

Certain lump sum payments must be paid to the Trustee in addition to regular plan payments.  Contact your attorney if you receive money from a lawsuit (or settlement before a lawsuit is filed), sale of property, inheritance, or lottery winnings.

You might be required to pay some or all of your tax refunds to the Trustee in addition to regular plan payments.

When you make payments directly to the Trustee, make your personal check, money order, or cashier's check payable to "Chapter 13 Trustee, EDKY" and mail it (NOT cash) to:

>Chapter 13 Trustee, EDKY
>PO Box 1766
>Memphis  TN  38101-1766

Write your CASE NUMBER AND YOUR NAME on every check, money order or cashier's check and on any correspondence.

The Trustee cannot accept any form of payment in the office, at any hearing, or by phone.

## **OTHER IMPORTANT INFORMATION**

Call your attorney now to find out if you are supposed to make direct payments to any creditors (sometimes called payments "outside the plan."). If so, you must make those payments on time, and they are in addition to your chapter 13 plan payment. Usually you must make your home mortgage payment directly to the mortgage company. Call your attorney if the mortgage company does not accept your payment.

You must bring a photo ID and proof of your social security number to your first court hearing (the Section 341 Meeting of Creditors). Call your attorney if you have questions about this.

Do not sell, give away, or get rid of any of your property or possessions while in bankruptcy without first getting approval from the Bankruptcy Court. Contact your attorney regarding this matter.

Do not buy anything on credit, borrow any money, or refinance an existing loan (including your mortgage) without the permission of the Bankruptcy Court. Contact your attorney regarding this matter.

If you move, make sure you give your new address to the Trustee's office, your attorney, and the Bankruptcy Court.

You can access your chapter 13 account information at www.ndc.org.

You will receive more information at your first court hearing.

Call your attorney with any questions about your Chapter 13 case. The Trustee's Office cannot give you legal advice.