**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF KENTUCKY
LONDON DIVISION**

| In Re:            | Case No. 22-60859         |
|-------------------|---------------------------|
| Derek McCarty     | Chapter Thirteen (13)     |
|                   | Judge Gregory R. Schaaf   |
| Debtor(s)         |                           |

### NOTICE REQUEST

**PLEASE TAKE NOTICE** that PennyMac Loan Services, LLC by and through Dennis M. Ostrowski, requests, as provided in 11U.S.C. Section 102(1) and 342 and Bankruptcy Rules 2002 and 9007, that all notices given or required to be given and all papers served or required to be served in this case be given to and served at the address set forth below.

Reimer Law Co.
PO Box 721638
Newport, KY 41072
859-655-8460
KYBankruptcy@reimerlaw.com

**PLEASE TAKE FURTHER NOTICE** that the foregoing request includes not only notices and papers referred to in the Rule specified above, but also includes, without limitation, all orders and notices of any petition, pleading, complaint, hearing, application, motion, request, or demand, whether formal or informal, written or oral, or transmitted or conveyed by mail, delivery, telephone, telegraph, telex, telecopy, or otherwise which affect or seek to affect in any way any rights or interest.

Dated: January 9, 2023

Reimer Law Co.

By:/s/ Dennis M. Ostrowski
     Dennis M. Ostrowski
     (KBA# 85449)
     Reimer Law Co.
     PO Box 721638
     Newport, KY 41072
     859-655-8460
     KYBankruptcy@reimerlaw.com