# IN THE UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF KENTUCKY

| | | |
|---|---|---|
| **IN RE:** | **:** | Case No. 22-60859 |
| | **:** | |
| **Derek McCarty,** | **:** | Chapter 13 |
| | **:** | |
| **Debtor.** | **:** | Judge Gregory R. Schaaf |

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICE

**PLEASE TAKE NOTICE** that pursuant to Rules 2002 and 9010 of the Federal Rules of Bankruptcy Procedure, the undersigned hereby appears in the above-captioned matter on behalf of General Electric Credit Union and requests that all notices given or required to be given in this case, including, but not limited to, all orders and notices of any application, motion, petition, plan of reorganization, pleading, request, complaint or demand, whether transmitted or conveyed by mail, electronic mail, ECF notice, hand delivery, telephone, telefax or otherwise, which affects this Chapter 13 bankruptcy case be served upon:

Donald W. Mallory, Esq.
WOOD + LAMPING LLP
600 Vine Street, Suite 2500
Cincinnati, OH 45202
Phone: 513.852.6094
Fax: 513.419.6494
Email: DWMallory@woodlamping.com

Dated:  January 13, 2023              Respectfully submitted,
        Cincinnati, Ohio

                                       /s/ Donald W. Mallory
                                      Donald W. Mallory, Esq. (KY 88727)
                                      WOOD + LAMPING LLP
                                      600 Vine Street, Suite 2500
                                      Cincinnati, OH 45202
                                      Phone: 513.852.6094
                                      Fax: 513.419.6494
                                      Email: DWMallory@woodlamping.com

## **CERTIFICATE OF SERVICE**

   I certify that on January 13, 2023 a copy of the foregoing Notice of Appearance was filed electronically. Notice of this filing will be sent to the following party/parties through the Court's ECF System. Party/parties may access this filing through the Court's system:

John Hansen, Attorney for Debtor
jhansenatty@hotmail.com

Beverly M Burden, Trustee
Notices@Ch13EDKY.com


   I further certify that on January 13, 2023 a copy of the foregoing Notice of Appearance was mailed by first-class U.S. Mail, postage prepaid and properly addressed to the following:

Derek McCarty
3332 State HWY 522
Putney, KY 40865

               /s/ Donald W. Mallory
              Donald W. Mallory (KY 88727)


3294071.1