# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF KENTUCKY
### LONDON DIVISION

IN RE: Derek McCarty                          Case Number:    22-60859

DEBTOR

## MOTION TO COMPEL DEBTOR(S) TO FILE NOTICE OF ADDRESS CHANGE

The chapter 13 trustee files this motion for an order compelling the debtor to file with the court a notice of change of debtor's address as required by Fed. R. Bankr. P. 4002(a)(5).  In support of the motion, the trustee states that mail sent to the debtor at the address of record (or to the last address provided by the debtor to the trustee) has been returned as undeliverable, thus indicating that this debtor's address has changed.

## NOTICE OF HEARING

If no objections are filed within 14 days the attached order may be entered without further notice or hearing.

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing has been served on the parties below by mail or electronically via ECF on January 20, 2023.

/s/   Beverly M. Burden
Beverly M. Burden, Chapter 13 Trustee
Ky Bar ID: 09330
P O Box 2204
Lexington, KY  40588-2204
notices@ch13edky.com
859-233-1527

Derek McCarty                          HANSEN, JOHN
3332 State HWY 522                      Served Electronically Via ECF
Putney, KY  40865