# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF KENTUCKY
# LONDON DIVISION

IN RE:  Derek McCarty                                              Case Number:   22-60859
Debtor

# ORDER

The chapter 13 trustee having filed a motion for an order compelling the debtor(s) to file with the court a notice of change of debtor(s) address, and the court being sufficiently advised, IT IS ORDERED:

The debtor(s) shall have 14 days from the date of this order in which to file with the court a notice setting forth the debtor(s) current mailing address.

Copies to:

Derek McCarty                                                      HANSEN, JOHN
3332 State HWY 522                                                 Served Electronically Via ECF
Putney, KY  40865