# UNITED STATES BANKRUPTCY COURT
## FOR THE
## EASTERN DISTRICT OF KENTUCKY

IN RE:

DEREK MCCARTY

Debtor.

Case No. 22-60859-GRS

Chapter 13

## CREDITOR'S OBJECTION TO CONFIRMATION OF PLAN

NOW COMES Ally Bank, by its attorney, Thomas L. Canary Jr., and hereby objects to confirmation of Debtor's proposed Chapter 13 Plan. In support thereof, Ally Bank, states as follows:

1. On December 30, 2022, Debtor filed a voluntary petition for relief under Chapter 13 of Title 11 of the United States Code.

2. Ally Bank, is the holder of a secured claim with respect to a 2017 Toyota Corolla Sedan 4D XSE 1.8L I4 motor vehicle with a vehicle identification number of 5YFBURHE5HP722664 ("the Vehicle"). Copies of the Motor Vehicle Retail Installment Sales Contract and the Title are attached hereto as Exhibits A and B, respectively.

3. Ally Bank timely filed a proof of claim in the amount of $23,575.22 on January 13, 2023. No one has objected to the proof of claim.

4. As of the December 30, 2022 the Debtor, the balance owed on the Motor Vehicle Retail Installment Sales Contract was $23,575.22.

5. Debtor's filed Chapter 13 Plan proposes to pay the proof of claim of Ally Bank in the amount of $23,575.22 at 5.000% for 60 months.

6. Additionally, the Debtor's proposed Plan fails to pay the applicable prime plus interest rate. The current prime rate of interest is 7.500 %. To the extent that the Plan proposes to pay less than the prime interest plus 2.000%, Ally Bank, objects to the confirmation of the Plan.

WHEREFORE, Ally Bank prays for the entry of an order denying confirmation of the Debtor's proposed Chapter 13 Plan.

2

By: /s/ Thomas L. Canary Jr.
Thomas L. Canary Jr.
Keith D. Weiner and Associates
State Bar No. #81016
1100 Superior Ave. Suite 1100
Cleveland, OH 44114
Telephone: (216) 771-6500
bankruptcy@weinerlaw.com

2

### **CERTIFICATE OF SERVICE**

      I hereby certify that on January 24, 2023 a copy of the Objection to Confirmation was filed electronically. Notice of this filing will be sent to the following parties through the Court's Electronic Case Filing System. Parties may access this filing through the Court's system.

John Hansen
137 Turner Ave.
Hazard, KY 41701

Beverly M. Burden
PO Box 2204
Lexington, KY 40588
Notices@Ch13EDKY.com

      I further certify that on January 24, 2023 a copy of the Objection to Confirmation was mailed by first-class U.S. Mail, postage prepaid and properly addressed, to the following:

Derek McCarty
3332 State HWY 522
Putney, KY 40865

      /s/ Thomas L. Canary Jr.
      Thomas L. Canary Jr.