# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF KENTUCKY
# LONDON DIVISION

IN RE:

**DEREK MCCARTY**  **CASE NO. 22-60859**

**DEBTOR(S)**

## TRUSTEE'S REPORT AND
## RECOMMENDATION AS TO CONFIRMATION

Confirmation: NOT RECOMMENDED, based on Amended Chapter 13 Plan (ECF No. 18), filed on 1/27/2023.

    1. According to documents provided, the gross income of Debtor appears to be understated on Schedule I by approximately $2,311 per month. The Debtors receives a $90,000 salary but reports $62,268 as his income on schedule I. Further, the Debtor appears to have rather large tax refunds of roughly $10,000 in 2021 indicating a possible excessive withholding tax expense. Amend Schedule I to accurately reflect the Debtor's income or provide an explanation of the difference. If Schedule I is amended to report the increased income, amend the plan to increase plan payments consistent with any increase in the Debtor's monthly net income.

    2. The Trustee and Debtor discussed the value of his home in Ohio. Although he has not lived there in some time, there is a possibility the home could be sold via a realtor listing that could pay liens of record, provide the Debtor with some or all of his wildcard, and leaving the bankruptcy estate with possible non-exempt funds. If the liens of record are as indicate, the then perhaps a sela rather than surrender would be best for all interested parties.

    3. The Trustee requests the following additional documents or information:

        (a) The W-2 statement for 2022; and

    (b)  A copy of the 2022 federal and state tax returns when same are filed.

Respectfully submitted –

Beverly M. Burden, Chapter 13 Trustee

By: *Michael E. Litzinger*
Michael E. Litzinger,
Attorney for Trustee
P.O. Box 2204
Lexington KY  40588
(859) 233-1527
notices@ch13edky.com

### CERTIFICATE OF SERVICE

The foregoing has been served via ECF on JOHN HANSEN on 2/2/2023.

Beverly M. Burden, Chapter 13 Trustee

By: *Michael E. Litzinger*
Michael E. Litzinger,
Attorney for Trustee