# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF KENTUCKY
# LONDON DIVISION

IN RE:  Derek McCarty                                                    Case Number:  22-60859
Debtor

## ORDER CONTINUING CONFIRMATION HEARING

The confirmation hearing is continued to 3/22/2023 at 10:00 am in the London District Courtroom, US District Courtroom C (3rd floor), 310 South Main Street, London, KY 40741.

Tendered By:

/s/ Beverly M. Burden
Beverly M. Burden, Chapter 13 Trustee
P O Box 2204
Lexington, Ky 40588-2204
859-233-1527
Notices@ch13edky.com

___

**The affixing of this Court's electronic seal below is proof this document has been signed by the Judge and electronically entered by the Clerk in the official record of this case.**



**Signed By:**
*Gregory R. Schaaf*
**Bankruptcy Judge**
**Dated: Monday, February 13, 2023**
(scd)