# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF KENTUCKY
## LONDON DIVISION

IN RE:
**DEREK MCCARTY**　　　　　　　　　　　　　　　　　　　**CASE NO. 22-60859**
DEBTOR(S)

## AMENDMENT TO LISTS, SCHEDULES AND/OR STATEMENTS

Comes the Debtor(s) in person and makes application for leave to amend the lists, schedules, Petition pages and/or statements previously filed as follows:

| Item Amended | Description of Amendment |
|---|---|
| **Item 6, Petition Page 2:** | **To amend Debtor's mailing address to:**<br>**3332 State HWY 522**<br>**Baxter, KY 40806** |

I, Derek McCarty, the petitioner named in the foregoing amendment, certify under penalty of perjury that the foregoing is true and correct.

Executed on 02/15/2023

　　　　　　　　　　　　　　　　　　　　　　　/s/ Derek McCarty
　　　　　　　　　　　　　　　　　　　　　　　Debtor

## CERTIFICATE OF SERVICE

In addition to the parties to be served by the Court's EC system, I certify that a copy of this amendment was served this the 15th day of February 2023 by US mail postage prepaid upon the parties affected thereby: All creditors in the mailing matrix.

　　　　　　　　　　　　　　　　　　　　　　　 /s/ John Hansen
　　　　　　　　　　　　　　　　　　　　　　　John Hansen (KY Bar 82821)
　　　　　　　　　　　　　　　　　　　　　　　*Attorney for Debtor*
　　　　　　　　　　　　　　　　　　　　　　　492 Main Street
　　　　　　　　　　　　　　　　　　　　　　　Hazard, KY 41701
　　　　　　　　　　　　　　　　　　　　　　　(606) 439-6054
　　　　　　　　　　　　　　　　　　　　　　　jhansenatty@hotmail.com