**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF KENTUCKY
LONDON DIVISION**

| | |
|---|---|
| In Re:<br>DEREK MCCARTY<br>**Debtor** | Case No. 22-60859<br><br>Chapter Thirteen (13)<br><br>Judge Gregory R. Schaaf |

### ORDER SUSTAINING IN PART AND DENYING IN PART MOTION BY SECURED CREDITOR FOR RELIEF FROM STAY AND ABANDONMENT AS TO PROPERTY COMMONLY KNOWN AS 718 BUCKEYE STREET, HAMILTON, OH 45011

This matter having come before the Court on the Motion by secured creditor, PennyMac Loan Services, LLC (hereinafter "Movant") for Relief from Stay as to Real Property commonly known as 718 Buckeye Street, Hamilton, OH 45011, (hereinafter "Property"), and Abandonment, the appropriate parties having been served with a copy of the Motion, and there having been no timely written objections by any party in interest to said Motion, and for good cause shown, said Motion is hereby **SUSTAINED IN PART AND DENIED IN PART**.

**IT IS THEREFORE ORDERED AND ADJUDGED** that the interest of the Movant is not adequately protected and that the Debtor has no equity in the Property and the Property is not necessary to an effective reorganization. Therefore, pursuant to 11 U.S.C. § 362, the stay that issued in this action is terminated with respect to Movant, its successors and assigns. Movant is hereby permitted to take any and all actions necessary to accelerate the balance due on the obligation, to foreclose its mortgage, to sell the collateral in accordance with state law, to apply the net proceeds to this obligation, and to otherwise exercise its contractual and state law rights to the Property. The stay shall remain terminated in the event the Debtor converts to a different chapter under the Bankruptcy Code.

**IT IS FURTHER ORDERED AND ADJUDGED** that the Request to Abandon the Property pursuant to 11 U.S.C. § 554(b) be denied.

**IT IS FURTHER ORDERED AND ADJUDGED** that the Movant is permitted to contact the Debtor by telephone or written correspondence, at its option, for the purpose of offering, providing and entering into any potential forbearance agreement, loan modification, refinance agreement or other loan workout / loss mitigation agreement.

**THIS IS A FINAL AND APPEALABLE ORDER**

Prepared by:

**Reimer Law Co.**

Dennis M. Ostrowski, (KBA# 85449)
Attorney for Creditor
RL# C2301569
Reimer Law Co.
PO Box 721638
Newport, KY 41072
Phone: 859-655-8460
Email: KYBankruptcy@reimerlaw.com

## NOTICE

Pursuant to Local Rule 9022-1(b), Dennis M. Ostrowski shall cause a copy of this order to be served on each of the parties designated to receive this order pursuant to Local Rule 9022-1(a) and shall file with the court a certificate of service of the order upon such parties within seven (7) days hereof.

**By Notice of Electronic Filing To:**

**United States Trustee**
John L. Daugherty
100 E. Vine St.
Suite #500
Lexington, KY 40507
859-233-2822
john.daugherty@usdoj.gov

**Trustee**
Beverly M. Burden
PO Box 2204
Lexington, KY 40588
859-233-1527
notices@ch13edky.com

**Debtor(s) Attorney**
John Hansen
137 Turner Ave.
Hazard, KY 41701
606-216-1469
jhansenatty@hotmail.com

**By United States Mail To:**

DEREK MCCARTY
3332 STATE HWY 522
PUTNEY, KY 40865

___
**The affixing of this Court's electronic seal below is proof this document has been signed by the Judge and electronically entered by the Clerk in the official record of this case.**



**Signed By:**
*Gregory R. Schaaf*
**Bankruptcy Judge**
**Dated: Tuesday, April 18, 2023**
(tnw)