UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF KENTUCKY
LONDON DIVISION

| | |
|---|---|
| In Re: | Case No. 22-60859 |
| Derek McCarty | |
| Debtor | Chapter 13 |

### CHAPTER 13 TRUSTEE'S
### AMENDED ORDER DIRECTING EMPLOYER TO MAKE WAGE
### DEDUCTIONS FOR REMITTANCE TO TRUSTEE

To Employer of:   **Derek McCarty**           SS: # _____
**GENESIS RAIL SERVICE
ATTN: PAYROLL DEPT/HR
459 NORTH DEAN ROAD
AUBURN AL  36830-0000**

Future earnings of the above-named employee are subject to the continuing supervision and control of the court for the purpose of enforcing the terms of the chapter 13 plan herein.

THEREFORE, the employer is hereby ordered to deduct the sum of **$610.00** monthly from earnings of the employee, beginning with the next pay period following receipt of this ORDER.  The employer must make the deductions on a bi-weekly, semi-monthly or weekly basis according to the employee's pay schedule.

**The employer shall continue said deduction until further order and shall remit any monies withheld at least monthly, or more frequently if convenient, to the Chapter 13 Trustee whose address appears below.  If the earnings are less than the amount ordered, the entire earnings shall be remitted. THE EMPLOYEE'S FULL NAME AND CASE NUMBER MUST APPEAR ON THE PAYMENT.**

During this proceeding, the earnings of the employee shall be exempt from garnishments or attachments issued from any other court for the collection of debts contracted before or after the commencement of this proceeding.  The employer shall not honor any levies for the collection of state or federal taxes or make deductions for any credit unions.  This order does not prohibit the employer from honoring state court orders for wage assignments for current child or spousal support.

This ORDER shall not constitute grounds for the dismissal of the employee, refusal to employ, or any disciplinary action or discrimination against the employee.   The employer shall not charge a processing fee, administrative fee, or other service fee, or otherwise collect such a fee from earnings of the employee, without approval of the Bankruptcy Court.

It is directed that the Chapter 13 Trustee serve copies upon the employer, debtor and the attorney for the debtor.

Remit withholdings payable to:

**Chapter 13 Trustee - EDKY**
PO Box 1766
Memphis, TN  38101-1766
859-233-1527

cc:   Derek McCarty
      HANSEN, JOHN via ECF
      GENESIS RAIL SERVICE

---

**The affixing of this Court's electronic seal below is proof this document has been signed by the Judge and electronically entered by the Clerk in the official record of this case.**



**Signed By:
*Gregory R. Schaaf*
Bankruptcy Judge
Dated: Thursday, November 2, 2023**
(scd)