# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF KENTUCKY
# LONDON DIVISION

IN RE:  Derek McCarty                                                                          XXX-XX-1917
        3332 State HWY 522
        Baxter, KY  40806

                                                                                    Case Number: 22-60859

## NOTICE OF ALLOWANCE OF CLAIMS

The Chapter 13 Trustee gives notice to the creditors listed below, debtor, and debtor's counsel, of the allowance of claims as follows. To the extent the allowance of claims contradicts the treatment of any claim in the confirmed plan, this Notice shall constitute a modification of the plan pursuant to 11 U.S.C. 1329. Any objection must be filed within 30 days from the date of this Notice, served on the trustee, and set for hearing.

At this time the trustee estimates that general unsecured creditors will receive 1.00% of the amount of their allowed claims.

### Schedule of Claims

| ID | Creditor Name | Claim Amount | Claimed Amount |
|---|---|---|---|
| 12 | AIS PORTFOLIO SERVICES<br>VIA ECF<br>, | $0.00<br>Notice Creditor | NOTICE ONLY<br>Interest Rate:   0.00<br>Acct No:<br><br>Ally Bank |
| 1 | ALLY BANK<br>PAYMENT PROCESSING CENTER<br>P O BOX 78367<br>PHOENIX, AZ  85062-8367 | $23,575.22 | VEHICLE CLAIM<br>Interest Rate:   8.50<br>Acct No: 5786<br><br>2-1:  2017 Toyota Corolla |
| 15 | ALLY BANK<br>% Ais Portfolio Services LP<br>4515 N Santa Fe Ave -  Dept APS<br>Oklahoma City, OK  73118 | $0.00<br>Notice Creditor | NOTICE ONLY<br>Interest Rate:   0.00<br>Acct No: |
| 4 | CITIBANK NA<br>6716 Grade Ln Blg 9 Ste 910-PY DEPT<br>Louisville, KY  40213-3439 | $1,442.74 | UNSECURED<br>Interest Rate:   0.00<br>Acct No: 1964<br><br>6-1  Best Buy |
| 19 | CITIBANK NA<br>5800 S Corporate Place<br>Sioux Falls, SD  57108-5027 | $0.00<br>Notice Creditor | NOTICE ONLY<br>Interest Rate:   0.00<br>Acct No: |

**Schedule of Claims**

| ID | Creditor Name | Claim Amount | Claimed Amount | |
|---|---|---|---|---|
| 5 | GE CREDIT UNION<br>10485 READING ROAD<br>CINCINNATI, OH  45241 | $20,581.02 | UNSECURED<br>Interest Rate:<br>Acct No: 8604<br><br>7-1  Deficiency bal/'22 Kia Telluride | 0.00 |
| 0 | HANSEN, JOHN<br>137 TURNER AVE<br>HAZARD, KY  41701-1252 | $3,500.00 | ATTORNEY FEE<br>Interest Rate:<br>Acct No: | 0.00 |
| 16 | KEITH WEINER & ASSOCIATES CO LPA<br>VIA ECF<br>, | $0.00<br>Notice Creditor | NOTICE ONLY<br>Interest Rate:<br>Acct No:<br><br>Ally Bank | 0.00 |
| 2 | PENNYMAC LOAN SERVICES LLC<br>P O BOX 660929<br>DALLAS, TX  75266-0929 | $77,742.97<br>Relief Granted | MTG DEBTOR DIRECT PAY<br>Interest Rate:<br>Acct No: 0326<br><br>4-1<br>Mortgage Property Address:<br>718 Buckeye St,<br>Hamilton, OH 45011 | 0.00 |
| 17 | PENNYMAC LOAN SERVICES LLC<br>P O Box 2410<br>Moorpark, CA  93020 | $0.00<br>Notice Creditor | NOTICE ONLY<br>Interest Rate:<br>Acct No: | 0.00 |
| 13 | REIMER LAW CO<br>VIA ECF<br>, | $0.00<br>Notice Creditor | NOTICE ONLY<br>Interest Rate:<br>Acct No:<br><br>PennyMac Loan | 0.00 |
| 8 | TRUIST BANK<br>P O Box 85092<br>306-40-06-10<br>Richmond, VA  23286 | $6,543.82 | UNSECURED<br>Interest Rate:<br>Acct No: 2089<br><br>3-1  BB&T | 0.00 |

**Schedule of Claims**

| ID | Creditor Name | Claim Amount | Claimed Amount | |
|---|---|---|---|---|
| 9 | VERIZON<br>% American Infosource<br>P O Box 4457<br>Houston, TX  77210-4457 | $1,021.57 | UNSECURED<br>Interest Rate:<br>Acct No: 0001<br><br>5-1 | 0.00 |
| 18 | VERIZON<br>% AMERICAN INFOSOURCE<br>4515 N SANTA FE AVE<br>OKLAHOMA CITY, OK  73118 | $0.00<br>Notice Creditor | NOTICE ONLY<br>Interest Rate:<br>Acct No: | 0.00 |
| 14 | WOOD & LAMPING LLP<br>VIA ECF<br>, | $0.00<br>Notice Creditor | NOTICE ONLY<br>Interest Rate:<br>Acct No:<br><br>GE Credit Union | 0.00 |
| 11 | WRIGHT-PATT CREDIT UNION INC<br>3560 PENTAGON BLVD<br>BEAVERCREEK, OH  45431-1706 | $547.44 | UNSECURED<br>Interest Rate:<br>Acct No: 6393<br><br>1-1 | 0.00 |

Date:   3/22/2024

/s/ BEVERLY M. BURDEN, TRUSTEE

Beverly M. Burden, Chapter 13 Trustee
P O Box 2204
Lexington, KY  40588-2204
notices@ch13edky.com
859-233-1527