**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF KENTUCKY**
**LONDON DIVISION**
**CASE NO.22-60859**

IN RE:
DEREK MCARTHY
DEBTORS

## MOTION TO WITHDRAW AS ATTORNEY OF RECORD FOR DEBTOR(S)

Comes now John Hansen, Attorney for Debtor, and hereby moves this court to allow him to withdraw as Attorney of Record upon the following:

Memorandum of Withdrawal.

1. The undersigned has completed the following duties to the Debtor(s) pursuant to the Rights and Responsibility Statement: Preparation and review petition and plan w Debtor(s); Compilation of documents and submission to Trustee; attended creditor hearings; amended plans; negotiations with creditors regarding valuation and objections; 363 motion to sell homestead confirmation of plan. The undersigned also advised and counseled Debtor regarding bankruptcy effects on divorce along with divorce counsel.

2. Debtor's plan was confirmed on 5-19-2023. Attorney fees have been paid.

2. On November 5, 2024, the undersigned was elected to the Office of Perry County Commonwealth's Attorney, which is a full time position of 6 years. Said term begins on January 3, 2025 and pursuant to KRS 15.755(3), "the Commonwealth's attorney shall not engage in the private practice of law."

4. The plan in this matter is not expected to completed prior to January 6, 2025 and therefore the undersigned will not be able to assist in the filing of the Certificate of Completion and Request for Discharge or filing of Motions to Determine Lien Satisfactions.

5. There are currently no pending motions.

Wherefore, the undersigned request this court allow the motions to withdraw and for all other relief to which the undersigned appears entitled.

Respectfully Submitted,

/s/ John Hansen
John Hansen, KBA 82821
Attorney for Debtors
482 Main Street
Hazard, Ky 41701
(606)439-6054
jhansenatty@hotmail.com

## NOTICE

Please take notice that, unless within 14 days of the date of service of this motion, or by December 20, 2024, a party may file a response to the motion and a request for and notice of hearing on the response, an order may enter allowing the relief requested.

/s/ John Hansen

## CERTIFICATE OF SERVICE

Aside from those parties who have made their appearance through the EM/CEF system, the undersigned hereby certifies the foregoing Motion has been served the following by US Mail postage pre paid on December 6, 024: Debtors and all creditors in the mailing matrix.

/s/ John Hansen
John Hansen, KBA 82821
482 Main Street
Hazard, Ky 41701
(606)439-6054
jhansenatty@hotmail.com