**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF KENTUCKY**
**LONDON DIVISION**
**CASE NO. 22-60859**

IN RE:
DEREK MCARTHY
DEBTORS

## ORDER TO WITHDRAW

Comes the court upon motion to withdraw filed by counsel John Hansen and in light of Mr. Hansen taking over duties as Commonwealth Attorney in Perry County, document #67 and the court being otherwise sufficiently advised;

IT IS HEREBY ORDERED:

1. The motion to withdraw is hereby SUSTAINED.

2. John Hansen is hereby stricken as counsel of record.

Pursuant to Local Rule 9022-1(C), John Hansen, shall cause a copy of this order to be served on each of the parties designated to receive this order pursuant to Local Rule 9022-1(a) and shall file with the court a certificate of service of the order upon such parties within ten days.
Copies to:
Debtors
Hon. Beverly Burden, Chapter 13 Trustee US Trustee
All parties who have made their appearance,
All creditors listed in the mailing matLONrix

___

**The affixing of this Court's electronic seal below is proof this document has been signed by the Judge and electronically entered by the Clerk in the official record of this case.**



Signed By:
*Gregory R. Schaaf*
**Bankruptcy Judge**
**Dated: Thursday, December 26, 2024**
(grs)